# Court of Appeals
# of the State of Georgia

ATLANTA,  March 04, 2020

*The Court of Appeals hereby passes the following order:*

**A20A0997. TRAVIS BILLINGS v. THE STATE.**

In September 2015, Travis Billings pleaded guilty to trafficking, and conspiracy to traffick in, methamphetamine. Billings later moved to withdraw his plea, but the trial court denied the motion. On January 11, 2019, Billings filed a pro se motion to vacate a void sentence. In an August 5, 2019 order, the trial court declined to rule on the motion finding that it was illegible. Billings filed a notice of appeal from this ruling on October 21, 2019. We lack jurisdiction.

A notice of appeal must be filed within 30 days of the entry of an appealable judgment. OCGA § 5-6-38 (a). The proper and timely filing of a notice of appeal is an absolute requirement to confer appellate jurisdiction on this Court. *Rowland v. State*, 264 Ga. 872, 872 (1) (452 SE2d 756) (1995). Billings' notice of appeal was untimely filed 77 days after entry of the trial court's order. Consequently, we lack jurisdiction over this appeal, which is hereby DISMISSED.



Court of Appeals of the State of Georgia
 Clerk's Office, Atlanta,  03/04/2020
 I certify that the above is a true extract from the minutes of the Court of Appeals of Georgia.
 Witness my signature and the seal of said court hereto affixed the day and year last above written.

*Stephen E. Castlen* , Clerk.